# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

ETHOX CHEMICALS, LLC and
JAMES TANNER,

    Plaintiffs/Counterclaim Defendants,

v.

THE COCA-COLA COMPANY,

    Defendant/Counterclaim Plaintiff.

Civil Action No. 6:12-cv-01682-TMC

## DEFENDANT THE COCA-COLA COMPANY'S IDENTIFICATION OF EXPERT WITNESSES AND CERTIFICATION OF DISCLOSURE TO PLAINTIFFS

Pursuant to Federal Rule of Civil Procedure 26(a)(2) and the Scheduling Order, Defendant The Coca-Cola Company ("TCCC"), by and through its undersigned counsel, identifies herein each person expected to be call as an expert witness at trial. TCCC certifies that signed expert reports have been served on opposing counsel pursuant to Fed. R. Civ. P. 26(a)(2) on November 25, 2013.

1. John Doll
   300 Lake Mist Drive
   Mooresville, NC 28117
   702.658.2358
   johnjdoll@gmail.com

2. Timothy E. Long
   Department of Chemistry
   Virginia Polytechnic Institute and State University
   Blacksburg, VA 24061-0344
   540.231.2480
   telong@vt.edu

3. Michael H. Chase
   1000 Town Center
   Southfield, MI 48075
   248.936.0810
   mchase@alvarezandmarsal.com

| | |
|---|---|
| Dated: November 27, 2013 | s/ Lane W. Davis |
| | Timothy Madden, Federal Bar No. 4869 |
| | Email: tim.madden@nelsonmullins.com |
| | Lane W. Davis, Federal Bar No. 7739 |
| | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| | Email: lane.davis@nelsonmullins.com |
| | Poinsett Plaza, Suite 900 |
| | 104 South Main Street/Ninth Floor |
| | Greenville, SC 29601-2122 |
| | Tel: 864.250.2245 |
| | Fax: 864.232.2925 |
| | |
| | SHOOK, HARDY & BACON L.L.P. |
| | |
| | B. Trent Webb (admitted *pro hac vice*) |
| | Angel D. Mitchell (admitted *pro hac vice*) |
| | Chrissie Guastello (admitted *pro hac vice*) |
| | 2555 Grand Boulevard |
| | Kansas City, Missouri 64108-2613 |
| | Telephone: (816) 474-6550 |
| | Facsimile: (816) 421-5547 |
| | ***Attorneys for Defendant*** |
| | ***The Coca-Cola Company*** |