IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| Ethox Chemical, LLC and<br>James Tanner,<br><br>                Plaintiffs,<br><br>vs.<br><br>The Coca-Cola Company,<br><br>                Defendant. | Civil Action No. 6:12-1682-KFM<br><br>**O R D E R** |

For the reasons set forth in the Findings of Fact and Conclusions of Law and Judgment Entry filed in the above-captioned action, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that JAMES TANNER is an inventor of U.S. Patent No. 8,110,265.

Therefore, pursuant to 35 U.S.C. § 256, the Court ORDERS that the inventorship designation of U.S. Patent No. 8,110,265 is hereby corrected to add JAMES TANNER as a named inventor.

The Court further ORDERS the Director of the U.S. Patent and Trademark Office to issue a Certificate of Correction adding JAMES TANNER as a named inventor on U.S. Patent No. 8,110,265 in accordance with this ORDER correcting the inventorship of said patent.

The Clerk of Court is hereby directed to forward a copy of this ORDER for issuance of a Certificate of Correction for U.S. Patent No. 8,110,265, to the Office of General Counsel for the U.S. Patent and Trademark Office, P.O. Box. 1450, Alexandria, Virginia 22313-1450.

IT IS SO ORDERED.

September 30, 2015                                                     s/ Kevin F. McDonald<br>
Greenville, South Carolina                                United States Magistrate Judge