AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Ethox Chemical LLC; James Tanner ) | |
| *Plaintiffs* ) | |
| v. ) | Civil Action No. 6:12-cv-01682-KFM |
| The Coca-Cola Company ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: The plaintiffs have shown by clear and convincing evidence that plaintiff James Tanner is an inventor of United States Patent No. 8,110,265. Accordingly, judgment is entered in favor of the plaintiffs on their correction of inventorship claim and on the defendant's counterclaims. Pursuant to 35 U.S.C. § 256, by separate order, the court will direct the Director of the United States Patent and Trademark Office to issue a certificate of correction adding James Tanner as a named inventor on United States Patent No. 8,110,265.

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

■ tried by the Honorable  Kevin F. McDonald  presiding, without a jury and the above decision was reached.

☐ decided by the Honorable

Date:  September 30, 2015

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*