# Exhibit C

# ATTACHMENT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## GREENVILLE DIVISION

| | |
|---|---|
| ETHOX CHEMICALS, LLC and JAMES TANNER,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE COCA-COLA COMPANY,<br><br>*Defendant*. | Civil Action No. 6:12-cv-01682-TMC |

## ACKNOWLEDGMENT OF UNDERSTANDING
## AND
## AGREEMENT TO BE BOUND

The undersigned hereby acknowledges that he or she has read the Confidentiality Order dated <u>October 15, 2013</u>, in the above captioned action, understands the terms thereof, and agrees to be bound by such terms. The undersigned submits to the jurisdiction of the United States District Court for the District of South Carolina in matters relating to the Confidentiality Order and understands that the terms of said Order obligate him/her to use discovery materials designated CONFIDENTIAL, HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY, or PROSECUTION BAR solely for the purposes of the above-captioned action, and not to disclose any such confidential information to any other person, firm or concern.

The undersigned acknowledges that violation of the Stipulated Confidentiality Order may result in penalties for contempt of court.

Name:        <u>John J. Doll</u>

Job Title:   <u>None</u>

Employer:    <u>None</u>

Address:     <u>300 Lake Mist Drive, Mooresville, NC 28117</u>

Date: Oct 15, 2013

Signature: *John Doll*